IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07-cr-35-02 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Robert Lee Redroad, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

Following a referral from the undersigned judge, Defendant Robert Lee Redroad, Jr. appeared before the Magistrate Judge for a hearing on alleged violations of supervised release conditions. The Court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that the Court find Redroad violated conditions of supervised release and that he be required to complete a 12-month placement at a residential re-entry center along with the imposition of certain additional conditions (Doc. #186). Neither party has objected to the recommended disposition within the time prescribed by the local rules.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, the Court finds Redroad violated conditions of supervised release and his conditions of supervised release should be modified. The Court, therefore, orders as follows:

(1) That Redroad complete a 12-month placement at a residential re-entry center.

(2) That Redroad enroll in a suitable academic program or maintain employment, as approved by his supervising probation officer.

(3) That Redroad address the outstanding tribal warrant within 48 hours of release.

(4) Other than for purposes connected to the outstanding tribal warrant, Redroad is prohibited from going on the Spirit Lake Reservation, or from any contact of any kind with the woman he is alleged to have assaulted, Janet White, for the balance of his supervised release term.

(5) Redroad shall continue to abide by any supervised release condition not otherwise modified by this Order.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2011.

> */s/   Ralph R. Erickson*
> Ralph R. Erickson, Chief Judge
> United States District Court